NOT FOR PUBLICATION (Doc. No. 4)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

|  |  |  |
|---|---|---|
| EMPIRE SPECIALTY PHARMACY CORPORATION, | : : : : | |
| Plaintiff, | : : | Civil No. 17-3638 (RBK/KMW) |
| v. | : : | **Order** |
| EHT PHARMACY LLC d/b/a CUREXA SPECIALTY PHARMACY, | : : : : : | |
| Defendant. | : : | |

**KUGLER**, United States District Judge:

**THIS MATTER** having come before the Court upon Plaintiff Empire Specialty Pharmacy Corporation's Motion for Preliminary Injunction (Doc. No. 4), and the Court having held proceedings on June 13, 2017, June 14, 2017, June 27, 2017, and June 29, 2017, and the Court having reviewed the parties' submissions, and for the reasons expressed on the record on June 29, 2017;

**IT IS HEREBY ORDERED** that Plaintiff's Motion is **DENIED**.

Dated:   6/29/2017            s/ Robert B. Kugler
                              ROBERT B. KUGLER
                              United State District Judge

1