IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---

EMPIRE SPECIALTY PHARMACY CORP.,

*Plaintiff,*

- against -

EHT PHARMACY LLC d/b/a CUREXA
SPECIALTY PHARMACY, RAUL PENA and
EVA LICHONCZAK,

*Defendants.*

**STIPULATION OF VOLUNTARY DISMISSAL**

Case No.: 17-cv-3638 (RBK) (KMW)

---

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for the parties set forth below, and *pro se* defendants, as follows:

1. The claims filed by the Plaintiff, Empire Specialty Pharmacy Corp. ("Empire"), on the one hand, and against the Defendants, EHT Pharmacy LLC d/b/a Curexa Specialty Pharmacy ("Curexa"), Raul Pena, and Eva Lichonczak (collectively, the "Defendants"), on the other hand, in the above-captioned action, are voluntarily dismissed, *with prejudice*, pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii).

2. The counterclaims filed by the Defendants, Curexa, Raul Pena, and Eva Lichonczak, against Empire, in the above-captioned action, are voluntarily dismissed, *with prejudice*, pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii).

S&G/426/07/0048555

Dated: 10/31/17

SAUCHIK & GIYAUR, P.C.

By: _____
Alec Sauchik (AS-5002)
*Attorneys for Plaintiff,*
*Empire Specialty Pharmacy*
*Corp.*
17 Battery Place, Ste. 305
New York, New York 10004
(212) 668-0200

_____
Raul Pena
42 Ridge Road
Rutherford, New Jersey 07070

COOPER LEVENSON

By: _____
Mark Soifer, Esquire
*Attorneys for Defendant, EHT*
*Pharmacy LLC d/b/a Curexa Specialty*
*Pharmacy*
1125 Atlantic Avenue
Atlantic City, New Jersey 08401
(609) 572-7530

_____
Eva Lichonczak
60 Johnson Avenue
Wallington, New Jersey 07057

So Ordered:

_____
Robert B. Kugler, U.S.D.J.

11/13/2017